Sabrina C. Narain (SBN 299471)
sabrina.narain@ltlattorneys.com
Cynthia Y. Sun (SBN 245123)
cynthia.sun@ltlattorneys.com
Alexandra B. Jara (SBN 355695)
alexandra.jara@ltlattorneys.com
**LTL ATTORNEYS LLP**
300 South Grand Avenue, Suite 3950
Los Angeles, CA 90071
Telephone: (213) 612-8900
Facsimile:  (213) 612-3773
ltl-e-service@ltlattorneys.com

Attorneys for Defendant
**FORD MOTOR COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE KIK, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. '25CV2479 WQHDDL<br><br>**CORPORATE DISCLOSURE STATEMENT OF FORD MOTOR COMPANY**<br><br>Judge:<br>Ctrm.:<br><br>Complaint Filed:  August 14, 2025<br>Trial Date:  None Set |

**TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to rule 7.1 of the *Federal Rules of Civil Procedure* and Rule 40.2 of the Local Rules for the United States District Court for the Southern District of California, Defendant FORD MOTOR COMPANY ("Ford") hereby submits its Corporate Disclosure Statement.

Ford states that it has no parent corporation. As of December 31, 2023, no publicly traded companies have disclosed that they own 10% or more of Ford's common stock.

Dated: September 19, 2025   **LTL ATTORNEYS LLP**

By: */s/ Cynthia Y. Sun*
Sabrina C. Narain, Esq.
Cynthia Y. Sun, Esq.
Alexandra B. Jara, Esq.
Attorneys for Defendant
**FORD MOTOR COMPANY**

- 1 -   Case No.:
CORPORATE DISCLOSURE STATEMENT OF FORD MOTOR COMPANY

**PROOF OF SERVICE**

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3950, Los Angeles, CA 90071.

On September 19, 2025, I served the foregoing document(s) described as **DECLARATION OF CYNTHIA Y. SUN IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S NOTICE OF REMOVAL OF ACTION** on the interested parties in this action by sending a true copy thereof to the address listed below.

☐ **BY MAIL:** I placed such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC MAIL:** I transmitted the above-listed document(s) to the e-mail address(es) set forth below on this date.

☐ **BY PERSONAL SERVICE:** I arranged for Express Network Legal Support Company Messenger Services to deliver such envelope by hand to the individuals listed below.

☐ **BY OVERNIGHT COURIER**: I caused each envelope with fees prepaid shipped by Federal Express.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 19, 2025, at Los Angeles, California.

*/s/ Vee Alvarez*
Vee Alvarez

# SERVICE LIST

*Pauline Kik v. Ford Motor Company*

San Diego County Superior Court Case No.: 25CU043185C

United States District Court Case No.:

| | |
|---|---|
| Michael H. Rosenstein, Esq.<br>Sepehr Daghighian, Esq.<br>Mitchel. A. Brim, Esq.<br>**CALIFORNIA CONSUMER ATTORNEYS, P.C**<br>mhr@calattorneys.com<br>sd@calattomeys.com<br>mab@calattorneys.com<br>eservice@calattorneys.com<br>10866 Wilshire Blvd, Suite 1200<br>Los Angeles, CA 90024<br>Telephone: (310) 872-2600<br>Facsimile: (310) 730-7377 | Attorneys for Plaintiff<br>**PAULINE KIK** |